IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBBIE VALLES,

      Plaintiff,

v.                                                              CV 22-0401 KG/JHR

SPROUTS FARMERS MARKET, INC.
d/b/a SPROUTS, a corporation of the
STATE OF DELAWARE,

      Defendant.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** having come before the Court upon the Joint Motion to Dismiss with Prejudice ("Motion") filed by Plaintiff Debbie Valles and Defendants Sprouts Farmers Market, Inc. d/b/a Sprouts, a corporation of the State of Delaware and Sunflower Farmers, Markets, LLC dba SF Markets, LLC (collectively "Defendant Sprouts"), and the Court being otherwise fully advised in the premises, FINDS that it has jurisdiction over the Parties and of the subject matter of said case and that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that any and all of the Plaintiff's claims that were asserted or that could have been asserted against Defendant Sprouts in the above-captioned cause of action are hereby dismissed in their entirety, with prejudice. Each party will bear their own costs and attorney's fees.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE

Submitted by:

**PETER M. ROMERO & ASSOCIATES, P.C.**

*/s/ Peter M. Romero*
Peter M. Romero
100 Sun Ave. NE, Suite 650
Albuquerque, NM 87109
(505) 999-9999
peter@999lawfirm.com
***Attorney for Plaintiff***

and

**JENNINGS, STROUSS & SALMON, P.L.C.**

*Approved electronically 7/25/2022*
Scott Frerichs
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
(602) 262-5870
sfrerichs@jsslaw.com
***Attorney for Defendants***